Commonwealth *v.* Henderson, Appellant.

Submitted September 18, 1972. *Samson B. Bernstein,* and *Bernstein & Gembala,* for appellant; *Romer Holleran* and *Milton M. Stein,* Assistant

District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.